*Commission,* 226 U. S. 99, 101; *Reddall* v. *Bryan,* 24 How. 420; *Bruce* v. *Tobin,* 245 U. S. 18, 19; *Verden* v. *Coleman,* 18 How. 86; *Moses* v. *The Mayor,* 15 Wall. 387. *Mr. C. N. Davie* for appellants. *Messrs. Robert S. Parker* and *T. R. Gress* for appellee.

No. 174. INTERSTATE NATURAL GAS CO., INC., ET AL. *v.* ARENT. Jurisdictional statement submitted October 12, 1931. Decided October 26, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Henry P. Dart, Jr., Edward M. Freeman, Allan Sholars,* and *Henry P. Dart* for appellants. *Messrs. J. D. Barksdale* and *George Genby* for appellee.

No. 195. SALVATIERRA ET AL. *v.* INDEPENDENT SCHOOL DISTRICT ET AL. Jurisdictional statement submitted October 12, 1931. Decided October 26, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Fred C. Knollerberg* and *John L. Dodson* for appellants. No appearance for appellees.